**The below described is SIGNED.**

(ts)

**Dated: December 12, 2010**

/s/ William T. Thurman

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

VAN COTT, BAGLEY, CORNWALL
  & MCCARTHY, P.C.
Stephen K. Christiansen (6512)
Mary Jane. E. Galvin-Wagg (11973)
36 S. State Street, Suite 1900
P.O. Box 45340
Salt Lake City, Utah  84111-1478
Telephone:  (801) 532-3333
Facsimile:  (801) 534-0058

*Attorneys for PurCo Fleet Services, Inc.,*
  *Assignee of Reflections HD LLC*

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>HEIDI ELAINE JESSOP,<br><br>                              Debtor. | Bankruptcy No. 08C-21325 WTT<br><br>Chapter 7<br><br>Judge William T. Thurman |
| PURCO FLEET SERVICES, INC., as assignee of Reflections HD LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>HEIDI JESSOP,<br><br>                              Defendant. | **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Adversary Proceeding No.<br><br>09-02045 |

This matter having come before the Court upon the request of adversary plaintiff PurCo Fleet Services, Inc. ("PurCo") for entry of default judgment against debtor and adversary defendant Heidi Elaine Jessop pursuant to Fed. R. Bankr. P. 7055 and Local

435425v.1

**Filed: 11/10/10**

Rules 5003-1 and 7055-1(a), and the Court having fully considered the matter, the Court finds PurCo's request is well taken and should be GRANTED.

It is hereby further ORDERED that PurCo is hereby awarded attorneys' fees in the amount of $2,711.50 and costs in the amount of $831.10, plus interest at the statutory rate until the judgment is satisfied.

Dated this _____ day of _____, 2010.

BY THE COURT:

_____

ORDER SIGNED